UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

February 8, 2019

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LETICIA TYSHALLE MARIE REED

Defendant.

Case No. 2:19-cr-00022-TLN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release LETICIA TYSHALLE MARIE

REED . Case No. 2:19-cr-00022-TLN Charge 18 USC § 287 from custody for the

following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

  X      Unsecured Appearance Bond $ _____ 25,000 co-signed by
_____                                      son, Jishawn Reed

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): Pretrial Service conditions as stated on the

         record in open court.

Issued at Sacramento, California on February 8, 2019 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman