MCGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0022 TLN |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| LETICIA REED, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's *ex parte* motion, proposed orders, and Request to Seal, shall be SEALED until further order of this Court.

It is further ordered that access to the all sealed documents shall be limited to the government, except that, if and when, this Court grants the government's *ex parte* motion and proposed order to disclose certain documents to the defendant, the order authorizing the disclosure of the documents to the defendant (but not the *ex parte* motion or other sealed documents) shall be accessible to both the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. United States Dist. Court*, 920 F.2d 1462 (9th Cir. 1990), and progeny. The Court finds that, for the reasons stated in the government's Request to Seal, sealing is appropriate here for two reasons: first, the public does not have a presumptive right of access to the subject matter of the government's *ex parte* motion, and,

second, even if the public had a presumptive right of access to this subject matter, sealing the moving papers serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. Finally, the Court further finds that there are no additional alternatives to sealing the government's *ex parte* motion and proposed order that would adequately protect the compelling interests identified by the government.

Dated: February 14, 2019

_____
Troy L. Nunley
United States District Judge