| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | SHELLEY D. WEGER<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LETICIA TYSHALLE MARIE REED,<br><br>Defendant. | CASE NO. 2:19-CR-00022 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 12, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 12, 2019.

2. By this stipulation, defendant now moves to continue the status conference until October 17, 2019, and to exclude time between September 12, 2019, and October 17, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced over 8,000 pages of discovery associated with this case, which includes among other things personal tax returns, investigative reports, and financial records. The discovery, which consists of tax and personally identifying information, is subject to a protective order that permits the defendant to review the discovery only in the presence of a

member of her defense team.

b) Counsel for defendant desires additional time to consult and review the discovery with his client due to the voluminous nature of the discovery and the order in place only allowing defendant to review discovery while in the presence of her attorney, to conduct investigation and research related to the charges, and discuss potential resolutions.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 12, 2019 to October 17, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 6, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: September 6, 2019

/s/ JARED FAVERO
JARED FAVERO
Counsel for Defendant
LETICIA TYSHALLE MARIE REED

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 9 day of September, 2019.

THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE