MCGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LETICIA TYSHALLE MARIE REED,<br><br>Defendant. | CASE NO. 2:19-CR-00022 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 17, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 17, 2019.

2. By this stipulation, defendant now moves to continue the status conference until January 9, 2020, at 9:30 a.m., and to exclude time between October 17, 2019, and January 9, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced over 8,000 pages of discovery associated with this case, which includes among other things personal tax returns, investigative reports, and financial records. The discovery, which consists of tax and personally identifying information, is subject to a protective order that permits the defendant to review the discovery only in the presence of a

member of her defense team.

  b) Counsel for defendant desires additional time to consult and review the discovery with his client due to the voluminous nature of the discovery and the order in place only allowing defendant to review discovery while in the presence of her attorney, to conduct investigation and research related to the charges, and discuss potential resolutions. Although, Defense Counsel has had numerous telephonic and email conversations with defendant, Defense Counsel has only been able to meet in person with his client on two occasions, additional meetings are necessary to review the voluminous discovery and prepare a potential defense. Additionally, Defense Counsel is seeking input from more than one potential expert in areas such as accounting and computer forensics. The number of individuals allegedly involved with the defendant's conduct are over 60 and the monetary amount is in the hundreds of thousands of dollars. Because of the graduated scale of potential sentences due to the dollar amount involved each claim has to be thoroughly vetted prior to plea or trial setting.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 17, 2019 to January 9, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  **THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 11, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: October 11, 2019

/s/ JARED FAVERO
JARED FAVERO
Counsel for Defendant
LETICIA TYSHALLE MARIE REED

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 15th day of October, 2019.

Troy L. Nunley
United States District Judge