**M. JARED FAVERO #270426**
**Law Office of Jared Favero**
2233 Park Towne Circle
Sacramento, CA 95825
Telephone: (916) 709-1408
Facsimile: (916) 488-6756
Email: faverolaw@gmail.com

Attorney for Defendant
LETICIA REED

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0022 TLN |
| Plaintiff, | [~~PROPOSED~~] ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |
| v. | |
| LETICIA REED | Judge: Hon. DEBORAH BARNES |
| Defendant. | |

IT IS HEREBY REQUESTED by defendant, through her attorney, that release conditions imposed on Ms. Reed on February 8, 2019 (Dkt. 11), may be modified, and the government has indicated it will not oppose the following modification:

//

//

//

//

1

5. You must restrict your travel to the Eastern District of California, **and the Northern District of California** unless otherwise approved in advance by the pretrial services officer;

DATED: March 3, 2020                     /s/ M. Jared Favero

                                                                 M. JARED FAVERO

                                                                 Attorney at Law

                                                                 Attorney for Leticia Reed

## ORDER

The following release condition is added:

**13. You must restrict your travel to the Eastern District of California, and the Northern District of California unless otherwise approved in advance by the pretrial services officer.**

All other conditions shall remain in force.

DATED: March 5, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE