IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:19-cr-00022-TLN |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| LETICIA TYSHALLE MARIE REED, | ) | |
| | ) | |
| Defendant. | ) | |

The court relieved Mr. Favero in court on August 6, 2020. CJA Panel attorney Toni White is hereby appointed effective August 6, 2020, the date the Office of the Federal Defender contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: August 14, 2020

Troy L. Nunley
United States District Judge