TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95603
Telephone:  (530) 885-6244

Attorney for Defendant
LETICIA REED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>LETICIA REED,<br><br>                   Defendant. | CASE NO. 2:19-CR-00022 TLN<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |

The defendant, Leticia Reed, by and through her counsel, Toni White, and the Government, by and through its counsel, Shelley Weger, hereby stipulate as follows:

1.      By previous order, this matter was set for status on August 20, 2020

2.      By this stipulation, defendant now moves to continue the status conference until December 3, 2020, at 9:30 a.m., and to exclude time between August 20, 2020, and December 3, 2020, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government represents that the discovery associated with this case includes over 8,000 Bates labeled pages, which includes personal tax returns, investigative reports, transcripts of witness testimony, and records obtained from third parties.

      b)      The undersigned defense counsel was appointed on this case three days ago. Defense counsel desires time to conference with counsel for the Government, to consult with

her client, to continue to discuss the case with counsel for the Government, to review the current charges, to conduct investigation and research related to the charges, to review the discovery, and to discuss potential resolutions with her client and otherwise prepare for trial.

c) Defense counsel believes that failure to grant the above-requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 20, 2020 to December 3, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 17, 2020                    McGREGOR SCOTT
                                           United States Attorney

                                           By:    */s/ Shelley Weger*
                                           SHELLEY WEGER
                                           Assistant U.S. Attorney
                                           For the United States

Dated:  August 17, 2020                    By:    */s/ Toni White*
                                           TONI WHITE
                                           For Defendant Leticia Reed

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

2

### **O R D E R**

IT IS SO FOUND AND ORDERED this 18th day of August, 2020.

Troy L. Nunley
United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time