1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  PO Box 1081
   El Dorado, CA  95603
3  Telephone:  (530) 885-6244

4
   Attorney for Defendant
5  LETICIA REED

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. 2:19-CR-00022 TLN

12                        Plaintiff,     **STIPULATION REGARDING**
                                         **CONTINUANCE OF STATUS**
13  v.                                   **CONFERENCE; FINDINGS AND**
                                         **ORDER**
14  LETICIA REED,

15                        Defendant.

16

17          The defendant, Leticia Reed, by and through her counsel, Toni White, and the Government,

18  by and through its counsel, Shelley Weger, hereby stipulate as follows:

19          1.      By previous order, this matter was set for status on July 29, 2021.

20          2.      By this stipulation, defendant now moves to continue the status conference until

21  September 9, 2021, at 9:30 a.m., and to exclude time between July 29, 2021, and September 9, 2021,

22  under Local Code T4.

23          3.      The parties agree and stipulate, and request that the Court find the following:

24          a)      The government represents that the discovery associated with this case

25  includes approximately 8307 Bates labeled pages, which includes personal tax returns,

26  investigative reports, transcripts of witness testimony, and records obtained from third

27  parties.

28          b)      The undersigned defense counsel was appointed on this case on August 6,

2020.  Currently, defense investigation is ongoing. Defense counsel desires time to complete investigation, to continue to conference with counsel for the Government, to continue to consult with her client, to continue to review the current charges and research related to the charges, to continue to review the discovery and discuss potential resolutions with her client and otherwise prepare for trial.

      c)     Defense counsel believes that failure to grant the above-requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 29, 2021 to September 9, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 27, 2021                          McGREGOR SCOTT
                                               United States Attorney


                                               By:    */s/ Shelley Weger*
                                               SHELLEY WEGER
                                               Assistant U.S. Attorney
                                               For the United States


Dated: July 27, 2021                           By:    */s/ Toni White*
                                               TONI WHITE
                                               For Defendant Leticia Reed




## **O R D E R**

IT IS SO FOUND AND ORDERED this 27th day of July, 2021.


_____
Troy L. Nunley
United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time