TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95603
Telephone:  (530) 885-6244

Attorney for Defendant
LETICIA REED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LETICIA REED,<br><br>　　　　　　　　Defendant. | CASE NO. 2:19-CR-00022 TLN<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |

　　　　The defendant, Leticia Reed, by and through her counsel, Toni White, and the Government, by and through its counsel, Shelley Weger, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for status on September 9, 2021

　　　　2.　　By this stipulation, defendant now moves to continue the status conference until November 18, 2021, at 9:30 a.m., and to exclude time between September 9, 2021, and November 18, 2021, under Local Code T4.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　　　a)　　The government represents that the discovery associated with this case includes approximately 8307 Bates labeled pages, which includes personal tax returns, investigative reports, transcripts of witness testimony, and records obtained from third parties.

　　　　　　　b)　　The undersigned defense counsel was appointed on this case on August 6,

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

2020. Currently, defense investigation is ongoing. Defense counsel desires time to complete investigation, to continue to conference with counsel for the Government, to continue to consult with her client, to continue to review the current charges and research related to the charges, to continue to review the discovery and discuss potential resolutions with her client and otherwise prepare for trial.

      c)      Counsel for the Government and counsel for the defendant have been engaging in discussions about evidentiary issues and loss amount. These discussions are scheduled to continue into October. More time is needed to facilitate that discussion and for counsel for defendant to discuss the outcomes of these discussions with her client.

      d)      Defense counsel believes that failure to grant the above-requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 9, 2021 to November 18, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 3, 2021         McGREGOR SCOTT
                                  United States Attorney

                                  By:    /s/ Shelley Weger
                                  SHELLEY WEGER
                                  Assistant U.S. Attorney
                                  For the United States

Dated: September 3, 2021          By:    /s/ Toni White
                                  TONI WHITE
                                  For Defendant Leticia Reed

# **O R D E R**

IT IS SO FOUND AND ORDERED this 7th day of September, 2021.

_____
Troy L. Nunley
United States District Judge