TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95603
Telephone: (530) 885-6244

Attorney for Defendant
LETICIA REED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LETICIA REED,<br><br>Defendant. | CASE NO. 2:19-CR-00022 TLN<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |

The defendant, Leticia Reed, by and through her counsel, Toni White, and plaintiff, the United States of America, by and through its counsel, Shelley Weger, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 18, 2021

2. By this stipulation, defendant now moves to continue the status conference until January 27, 2022, at 9:30 a.m., and to exclude time between November 18, 2021, and January 27, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government represents that the discovery associated with this case includes approximately 8307 Bates labeled pages, which includes personal tax returns, investigative reports, transcripts of witness testimony, and records obtained from third parties.

    b) The undersigned defense counsel was appointed on this case on August 6,

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

2020.  Currently, defense investigation is ongoing. Defense counsel desires time to complete investigation, to continue to conference with counsel for the Government, to continue to consult with her client, to continue to review the current charges and research related to the charges, to continue to review the discovery and discuss potential resolutions with her client and otherwise prepare for trial.

      c)      In addition, counsel for the Government and counsel for the defendant are continuing discussions about evidentiary issues and loss amount. These discussions are scheduled to continue into January. More time is needed to facilitate that discussion and for counsel for defendant to discuss the outcomes of these discussions with her client.

      d)      Defense counsel believes that failure to grant the above-requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2021 to January 27, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 12, 2021	By:	/s/ Toni White
				TONI WHITE
				For Defendant Leticia Reed

Dated:  November 12, 2021	PHILLIP A. TALBERT
				Acting United States Attorney

				By:	/s/ Shelley Weger
				SHELLEY WEGER
				Assistant U.S. Attorney
				For the United States

## O R D E R

IT IS SO FOUND AND ORDERED this 15th day of November, 2021.

_____
Troy L. Nunley
United States District Judge