TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95603
Telephone: (530) 885-6244

Attorney for Defendant
LETICIA REED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LETICIA REED,<br><br>Defendant. | CASE NO. 2:19-CR-00022 TLN<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |

The defendant, Leticia Reed, by and through her counsel, Toni White, and the Government, by and through its counsel, Shelley Weger, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 27, 2022

2. By this stipulation, defendant now moves to continue the status conference until May 5, 2022, at 9:30 a.m., and to exclude time between January 27, 2022, and May 5, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government represents that the discovery associated with this case includes approximately 8307 Bates labeled pages, which includes personal tax returns, investigative reports, transcripts of witness testimony, and records obtained from third parties. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Defense investigation and review of evidence is ongoing. Defense counsel desires the additional time to conduct additional defense investigation, to continue to consult with her client, to continue to review the current charges and research related to the charges, to continue to review the discovery and discuss potential resolutions with her client and otherwise prepare for trial.

c) Further, defense counsel and the counsel for the government are continuing to confer about the evidence and issues that may impact resolution and/or trial.  These discussions are ongoing.  Defense counsel needs additional time to engage in these discussions and to update her client about the outcome of these discussions. Additionally, defense counsel has a jury trial scheduled to begin in federal court on April 18, 2022, and will need to devote substantial time between now and then to that matter.

d) Defense counsel believes that failure to grant the above-requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 27, 2022 to May 5, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 24, 2022

PHILIP A. TALBERT
United States Attorney

By:   /s/ Shelley Weger
SHELLEY WEGER
Assistant U.S. Attorney
For the United States

Dated: January 24, 2022

By:   /s/ Toni White
TONI WHITE
For Defendant Leticia Reed

## **O R D E R**

IT IS SO FOUND AND ORDERED this 25th day of January, 2022.

_____
Troy L. Nunley
United States District Judge