1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  PO Box 1081
   El Dorado, CA  95603
3  Telephone:  (530) 885-6244

4
   Attorney for Defendant
5  LETICIA REED

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:19-CR-00022 TLN

12                     Plaintiff,          **STIPULATION REGARDING
                                           CONTINUANCE OF STATUS
13  v.                                     CONFERENCE; FINDINGS
                                           AND ORDER**
14  LETICIA REED,

15                     Defendant.

16

17      The defendant, Leticia Reed, by and through her counsel, Toni White, and the Government,

18  by and through its counsel, Shelley Weger, hereby stipulate as follows:

19      1.      By previous order, this matter was set for status on May 5, 2022

20      2.      By this stipulation, defendant now moves to continue the status conference until

21  August 4, 2022, at 9:30 a.m., and to exclude time between May 5, 2022 , and August 4, 2022,

22  under Local Code T4.

23      3.      The parties agree and stipulate, and request that the Court find the following:

24          a)      The government represents that the discovery associated with this case

25  includes approximately 8307 Bates labeled pages, which includes personal tax returns,

26  investigative reports, transcripts of witness testimony, and records obtained from third

27  parties. All of this discovery has been either produced directly to counsel and/or made

28  available for inspection and copying.

                                          1
Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

b)      Defense investigation and review of evidence is ongoing. Defense counsel desires the additional time to conduct additional defense investigation, to continue to consult with her client, to continue to review the current charges and research related to the charges, to continue to review the discovery and discuss potential resolutions with her client and otherwise prepare for trial.

c)      Further, defense counsel and the counsel for the government are continuing to confer about the evidence and issues that may impact resolution and/or trial.  These discussions are ongoing.  Defense counsel needs additional time to engage in these discussions and to update her client about the outcome of these discussions. Additionally, defense counsel has a jury trial scheduled to begin in federal court on June 23, 2022, and will need to devote substantial time between now and then to that matter.

d)      Defense counsel believes that failure to grant the above-requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 5, 2022  to August 4, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

2

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1    ///

2        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of

3    the Speedy Trial Act dictate that additional time periods are excludable from the period within which

4    a trial must commence.

5
        IT IS SO STIPULATED.
6
        Dated:  May 2, 2022              PHILIP A. TALBERT
7                                        United States Attorney

8                                        By:    */s/ Shelley Weger*
9                                        SHELLEY WEGER
                                         Assistant U.S. Attorney
10                                       For the United States

11   Dated: May 2, 2022           By:    */s/ Toni White*
                                         TONI WHITE
12                                       For Defendant Leticia Reed

13

14

15

16                                  **O R D E R**

17       IT IS SO FOUND AND ORDERED this 3rd day of May, 2022.

18

19

20       _____

21       Troy L. Nunley
         United States District Judge
22

23

24

25

26

27

28

                                        3
     Stipulation and Order for Continuance of Status
     Hearing and for Exclusion of Time