TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95603
Telephone: (530) 885-6244

Attorney for Defendant
LETICIA REED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00022 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |
| v. | |
| LETICIA REED, | |
| Defendant. | |

The defendant, Leticia Reed, by and through her counsel, Toni White, and the Government, by and through its counsel, Shelley Weger, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 4, 2022

2. By this stipulation, defendant now moves to continue the status conference until October 20, 2022 at 9:30 a.m., and to exclude time between August 4, 2022, and October 20, 2022 at 9:30 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government represents that the discovery associated with this case includes approximately 8307 Bates labeled pages, which includes personal tax returns, investigative reports, transcripts of witness testimony, and records obtained from third parties. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)   Defense investigation and review of evidence is ongoing. Additionally, a new defense investigator is taking over the case because the current defense investigator is undergoing chemotherapy for cancer and will be out of commission until further notice. The new defense investigator is currently battling a rebound covid infection. Moreover, defense counsel has just finished a federal trial and the drafting of a lengthy and complex new trial motion that was filed on July 25, 2022. Defense counsel desires the additional time to conduct additional defense investigation, to continue to consult with her client, to continue to review the current charges and research related to the charges, to continue to review the discovery and discuss potential resolutions with her client and otherwise prepare for trial.

c)   Further, defense counsel and the counsel for the government are continuing to confer about the evidence and issues that may impact resolution and/or trial.  These discussions are ongoing.  Defense counsel needs additional time to engage in these discussions and to update her client about the outcome of these discussions.

d)   Defense counsel believes that failure to grant the above-requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)   The government does not object to the continuance.

f)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 4, 2022 to October 20, 2022 at 9:30 a.m., , inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 1, 2022                     PHILIP A. TALBERT
                                           United States Attorney

                                           By:    /s/ Shelley Weger
                                           SHELLEY WEGER
                                           Assistant U.S. Attorney
                                           For the United States

Dated: August 1, 2022                      By:    /s/ Toni White
                                           TONI WHITE
                                           For Defendant Leticia Reed

**O R D E R**

IT IS SO FOUND AND ORDERED this 2nd day of August, 2022.

_____
Troy L. Nunley
United States District Judge