TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95603
Telephone:  (530) 885-6244

Attorney for Defendant
LETICIA REED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00022 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |
| v. | |
| LETICIA REED, | |
| Defendant. | |

The defendant, Leticia Reed, by and through her counsel, Toni White, and the Government, by and through its counsel, Shelley Weger, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 20, 2022

2. By this stipulation, defendant now moves to continue the status conference until November 10, 2022, at 9:30 a.m., and to exclude time between October 20, 2022, and November 10, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government represents that the discovery associated with this case includes approximately 8307 Bates labeled pages, which includes personal tax returns, investigative reports, transcripts of witness testimony, and records obtained from third parties. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)  The defense and Ms. Reed met with the Government on September 28, 2022 for a review of evidence. After that meeting, additional defense investigation was conducted by the defense investigator. Defense counsel needs time to review the results of the most recent defense investigation, to discuss the results of that investigation with Ms. Reed and to continue to discuss the case with the Government.

c)  Defense counsel desires the additional time to conduct additional defense investigation, to continue to consult with her client, to continue to review the current charges and research related to the charges, to continue to review the discovery and discuss potential resolutions with her client and otherwise prepare for trial.

d)  Defense counsel believes that failure to grant the above-requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)  The government does not object to the continuance.

f)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 20, 2022 to November 10, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 17, 2022					PHILIP A. TALBERT
							United States Attorney

							By:	/s/ Shelley Weger
							SHELLEY WEGER
							Assistant U.S. Attorney
							For the United States

Dated: October 17, 2022					By:	/s/ Toni White
							TONI WHITE
							For Defendant Leticia Reed

**O R D E R**

IT IS SO FOUND AND ORDERED this 18th day of October, 2022.

_____
Troy L. Nunley
United States District Judge