PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LETICIA TYSHALLE MARIE REED,<br><br>Defendant. | CASE NO. 19-CR-0022 DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND RESCHEDULING TRIAL DATE; ORDER |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Leticia Tyshalle Marie Reed, by and through defendant's counsel of record, hereby stipulate as follows:

1. On April 3, 2023, this case was reassigned from Judge Nunley to Judge Calabretta. ECF No. 60. That Order vacated all currently scheduled dates in this case, including the jury trial set to start on August 21, 2023. *Id.* Time was previously excluded under Local Code T4 through and including August 21, 2023.

2. Through this stipulation, the parties now seek to reset the jury trial in this matter for October 16, 2023, at 9:00 a.m., with a trial confirmation hearing on August 17, 2023, at 9:00 a.m. The parties conservatively estimate that the trial of this matter will take no more than eight trial days.[1]

3. The above trial date will provide defense counsel and the defendant the necessary time to

---

[1] The parties' estimate is based on eight-hour trial days.

prepare for trial. Defendant also seeks to exclude time between the date of this filing and October 16, 2023, under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]. The parties agree and stipulate, and request that the Court find the following:

a. The government represents that the discovery associated with this case includes approximately 8,307 Bates labeled pages. The discovery includes, but is not necessarily limited to, tax returns, transcripts of grand jury testimony produced pursuant to a court order, and records obtained from third parties. This discovery has been either produced directly to counsel or made available for inspection and copying.

b. Counsel for defendant needs additional time to prepare for trial, including reviewing discovery with the defendant, drafting motions in limine, making defense exhibits, and locating and preparing potential witnesses for her case in chief. The defense is still in the process of interviewing known witnesses and following up on leads from prior witness interviews.

c. A significant portion of the discovery in this case consists of tax information and the personal identifying information of individuals other than the defendant and is therefore subject to a protective that permits the defendant to review the discovery only in the presence of a member of the defense team. *See* ECF No. 34. Additionally, Defendant is in the process of relocating to Las Vegas, Nevada and therefore additional time is necessary to prepare for trial so that defense counsel has sufficient time to arrange travel and conduct client meetings.

d. Further, defense counsel requests additional time given her commitments in other criminal cases, which include obligations to different clients including preparation for and the completion of a trial in *United States v Coilton*, 2:18-CR-00069 KJM, which is set to begin in June.

e. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  f. The government does not object to the continuance.

  g. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the original date proscribed by the Speedy Trial Act.

  h. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between the date of this filing and October 16, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated:  April 20, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated:  April 20, 2023

/s/ TONI WHITE by Shelley Weger as authorized on April 20, 2023
TONI WHITE
Counsel for Defendant
Leticia Reed

**FINDINGS AND ORDER**

The Court has read and considered the parties' Stipulation. The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that provide a basis to exclude time under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]. The Court resets this matter for an eight-day jury trial to begin on October 16, 2023, at 9:00 a.m., and a trial confirmation hearing on August 17, 2023, at 9:00 a.m. Time is excluded under the Speedy Trial Act between the date of this filing and October 16, 2023.

IT IS SO ORDERED this 21st day of April, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE