UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LETICIA TYSHALLE MARIE REED,<br><br>　　　　Defendant. | No.  2:19-cr-00022-DJC<br><br><br>TRIAL CONFIRMATION ORDER |

On August 17, 2023, the Court conducted a trial confirmation hearing.  Shelley Weger appeared on behalf of the government and Toni White appeared on behalf of Defendant Leticia Tyshalle Marie Reed.  Based on the results of that trail confirmation hearing, the Court now issues this trial confirmation order.

This matter is set for trial on October 16, 2023.  In preparation for this trial date, the Court hereby ORDERS:

**I.     Motions in Limine**

The parties have not yet filed motions in limine.  The Court does not encourage the filing of motions in limine unless they are addressed to issues that can realistically be resolved by the Court prior to trial and without reference to the other evidence which will be introduced by the parties at trial.  Any motions in limine counsel elect to file shall be filed on or before September 25, 2023.  Opposition shall be filed on or

1

before October 2, 2023.  Parties should be prepared to present argument on these motions at the final status conference.

## II. Witnesses

The government shall, and Defendant may, file witness lists no later than October 6, 2023.  Each party may call a witness designated by the others.

## III. Exhibits

While the Court is cognizant of the government's burden and the defendant's right to not present evidence at trial, identification of potential exhibits will streamline the trial for the parties and the jury.  Accordingly, counsel and/or parties shall file their respective exhibit lists no later than October 6, 2023.  Exhibit lists shall also be submitted as a Word document to djcorders@caed.uscourts.gov.

No exhibit shall be marked with or entered into evidence under multiple exhibit numbers.  All exhibits must be pre-marked as discussed below.

At trial, joint exhibits shall be identified as JX and listed numerically, e.g., JX-1, JX-2. The government's exhibits shall be listed numerically, and defendants' exhibits shall be listed alphabetically.  The parties must prepare three (3) separate exhibit binders for use by the Court at trial, with a side tab identifying each exhibit in accordance with the specifications above.  Each binder shall have an identification label on the front and spine. **The final exhibit binders are due to the Court on the first day of trial.**

## IV. Stipulations

The Court is unaware of any stipulations.

## V. Trial Briefs

Trial Briefs from both parties are due on October 6, 2023.

## VI. Joint Statement of the Case

Parties shall provide a stipulated joint statement of the case by October 6, 2023.

////

**VII.   Proposed Jury *Voir Dire***

By October 6, 2023, parties shall submit proposed questions to be asked by the Court during jury selection. Parties are advised to limit the number of proposed *voir dire* and to only propose questions they feel are essential.

Each party will be limited to 20 minutes of jury *voir dire*.

**VIII.   Proposed Jury Instructions**

The Court directs the parties to meet and confer in an attempt to generate a joint set of jury instructions.

On or before October 6, 2023, parties shall submit Joint Proposed Jury Instructions to the Court. If parties are unable to agree on an instruction, parties shall include any such instruction and/or under a separate heading in Joint Proposed Jury Instructions and identify which party proposed the jury instructions or verdict and the source of and authority for the proposed jury instruction. Any objections to a proposed jury instruction shall be included in the Joint Proposed Jury Instructions. Any objection should identify the party objecting, provide a concise statement of the reasons for the objection, and include any relevant citation to authority. When applicable, the objecting party shall submit an alternative proposed instruction on the issue or identify which of his or her own proposed instructions covers the subject.

Counsel and/or parties shall e-mail a copy of all proposed jury instructions, whether agreed or disputed, as a Word document to djcorders@caed.uscourts.gov no later than October 6, 2023; all blanks in form instructions should be completed and all brackets removed.

**IX.   Proposed Verdict Form**

The government shall file a proposed verdict form no later than October 6, 2023, and email a copy as a Word document to djcorders@caed.uscourts.gov. Any opposition to the proposed verdict form shall be filed by the Defendant by October 11, 2023.

////

### X.     Final Status Conference

The Court will conduct a Final Status Conference on October 12, 2023 at 9:00 a.m. in Courtroom 10 before the Honorable Daniel J. Calabretta.  At that time, the Court will hear argument on motions in limine and any outstanding matters to be resolved before trial.

### XI.    Trial Date/Estimated Time of Trial

Jury Trial is set for October 16, 2023, at 8:30 a.m. in Courtroom 10 before the Honorable Daniel J. Calabretta.  Trial is anticipated to last eight court days, with the jury being present from 9 a.m. – 1:30 p.m. with two 15 minute breaks.  Counsel are expected to report to Courtroom 10 at 8:30 a.m. each day.

The parties are to contact Gabriel Michel, Courtroom Deputy for Judge Calabretta, via email (gmichel@caed.uscourts.gov), one week prior to trial to ascertain the status of the trial date.

### XII.   Objections to Pretrial Order

Each party is granted 7 days from the date of this order to file objections to this order.  If no objections are filed, the order will become final without further order of this Court.

IT IS SO ORDERED.

Dated:   **August 18, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE