PHILLIP A. TALBERT
United States Attorney
KRISTIN F. SCOTT
SHELLEY D. WEGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LETICIA TYSHALLE MARIE REED,<br><br>    Defendant. | CASE NO. 2:19-CR-00022 DJC<br><br>ORDER CONTINUING RESPONSE AND REPLY DEADLINES |

### **ORDER**

The Court has read and considered the Stipulation to continue the deadlines for the response and reply in this matter, filed by the parties on November 9, 2023. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause to vacate the current filing deadlines and the hearing currently scheduled for December 14, 2023. Pursuant to the Stipulation, the parties shall follow the below briefing schedule:

      a)    The deadline United States' response to the Motions at ECF 120 will be on December 22, 2023;

      b)    The deadline for Defendant's reply to the United States' response will be December 29, 2023.

      c)    The motion will be submitted on the papers after the matter is fully briefed.

///

IT IS SO ORDERED.

Dated:  November 13, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE