1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  PO Box 1081
   El Dorado, CA  95603
3  Telephone:  (530) 885-6244

4
   Attorney for Defendant
5  LETICIA REED

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. 2:19-CR-00022 DJC

12                    Plaintiff,          **STIPULATION REGARDING**
                                          **CONTINUANCE OF STATUS**
13  v.                                    **CONFERENCE; ORDER**

14  LETICIA REED,

15                    Defendant.

16

17      The defendant, Leticia Reed, by and through her counsel, Toni White, and the United States

18  ("government"), by and through its counsel, Shelley Weger, hereby stipulate as follows:

19      1.      By previous order, this matter was set for status on setting of sentencing for January

20  11, 2024 due to the fact that defendant's Motion for New Trial was pending.

21      2.      The government filed its opposition. Briefing on the Motion for New Trial has now

22  been completed, the matter has been submitted and the parties await the Court's decision.

23      3.      The parties agree and stipulate, and request that the status conference on setting of

24  sentencing be continued to March 14, 2024, at 9:00 a.m., to allow time for the Court to issue a

25  decision on the Motion for New Trial.

26      4.      Depending on when the Court issues its ruling on the defendant's motion for a new

27  trial and the outcome of that motion, the government may seek to advance this status conference or

28  confer with defense counsel and submit a joint request for an agreed-upon sentencing schedule in

                                          1
    Stipulation and Order for Continuance of Status
    Hearing

advance of the March 14, 2024 court date.

IT IS SO STIPULATED.

Dated:  January 8, 2024                     PHILIP A. TALBERT
                                            United States Attorney

                                            By:      /s/ Shelley Weger
                                            SHELLEY WEGER
                                            Assistant U.S. Attorney
                                            For the United States

Dated: January 8, 2024                      By:      /s/ Toni White
                                            TONI WHITE
                                            For Defendant Leticia Reed


**O R D E R**

IT IS SO FOUND AND ORDERED this 10th day of January, 2024.


Dated:  January 10, 2024                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

2

Stipulation and Order for Continuance of Status
Hearing