TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95603
Telephone: (530) 885-6244

Attorney for Defendant
LETICIA REED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00022 DJC |
| Plaintiff, | **AMENDED STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER** |
| v. | |
| LETICIA REED, | |
| Defendant. | |

The defendant, Leticia Reed, by and through her counsel, Toni White, and the United States, by and through its counsel, Assistant United States Attorneys Shelley Weger and Kristin Scott, hereby stipulate as follows:

1.   By previous order, this matter was set for sentencing on June 13, 2024.

2.   By this stipulation, defendant now moves to continue judgment and sentencing to September 12, 2024, at 9:00 a.m., and to set a contested hearing regarding loss for August 16, 2024, at 1:30 p.m. The time estimate for the hearing, at this point, is four hours. The United States does not oppose this request. The parties are aware that the requested date falls outside the Court's stated timeline for continuances of sentencing. This case, however, is the result of a conviction after a jury trial verdict, issues of loss remain contested and the United States is in the process of producing discovery related to loss that is relevant for sentencing.

1

3. The United States has recently produced the following:

- Certified copies of U.S. Individual Tax Returns, Individual Master File Online Tax Modules ("IMFLOT"), and Information Return Program, Payee Transcripts ("IRP Return") for approximately 42 uncharged tax returns. Uncertified copies of these records were previously produced in the Government's initial discovery production. The IMFLOTS have been updated to reflect the few instances where a taxpayer has subsequently repaid the Internal Revenue Service for tax refunds that the taxpayer was not entitled to receive.

- Three spreadsheets with loss and restitution calculations: (1) loss and restitution amounts for the six counts of conviction; (2) loss amounts related to the uncharged tax returns described above; and (3) total loss amounts.

- Approximately 390 pages of records that show the loss calculations for the counts of conviction and the approximately 42 uncharged tax returns that the Government will produce as relevant conduct.

- Approximately 18 Memorandums of Interview relating to the defendant's tax clients for uncharged conduct who did not testify at trial.

4. The United States will be producing certified copies of Information Return Program Payee Transcripts, known as IRP Returns, for the uncharged tax returns it will present as relevant conduct. Uncertified copies of these records were previously produced in the United States' initial discovery production.

5. The defense will need time to review this information, once it is received, and discuss the information with the defendant.

6. The defense is also in the process of obtaining mitigating information to present to the probation officer. This continuance will allow for the process to be completed and will provide time for additional defense preparation including the drafting and submission of sentencing briefing.

7. The probation officer, Janice Slusarenko, is available and requests this additional time to prepare the presentence investigation report due to the voluminous amount of documentation that is relevant to sentencing.

8. The parties request the following disclosure schedule:

    Judgment and Sentencing Date:    September 12, 2024 at 9:00 a.m.

    Contested Loss Hearing:    August 16, 2024 at 1:30 p.m.

| | | |
|---|---|---|
| Reply, or Statement of Non-opposition: | | August 13, 2024 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | | August 8, 2024 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | | August 1, 2024 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | | July 25, 2024 |
| The Proposed Pre-Sentence Report shall be Disclosed to Counsel on or Before: | | July 11, 2024 |

IT IS SO STIPULATED.

Dated: June 10, 2024           PHILLIP A. TALBERT
                               United States Attorney

                               By:   /s/ Toni White for
                                     SHELLEY WEGER
                                     KRISTIN SCOTT
                                     Assistant U.S. Attorneys

                                     For the United States

Dated: June 10, 2024           By:   /s/ Toni White
                                     TONI WHITE

                                     For Defendant Leticia Reed


## **O R D E R**

IT IS SO FOUND AND ORDERED this 10th day of June, 2024.

                                     /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE