TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
LETICIA REED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LETICIA REED,<br><br>Defendant. | No. 2:19-CR-00022 DJC<br><br>**ORDER SEALING DEFENDANT'S CONTESTED HEARING EXHIBITS F1 AND F2** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Leticia Reed, IT IS HEREBY ORDERED that defendant's contested hearing exhibits F1 and F2 and Request to Seal shall be SEALED until further order of this Court.

Dated:  September 6, 2024            /s/ Daniel J. Calabretta
                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                          UNITED STATES DISTRICT JUDGE