TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
LETICIA REED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   No. 2:19-CR-00022 DJC
                                )
        Plaintiff,              )
                                )   **ORDER SEALING EXHIBIT C TO**
                                )   **DEFENDANT'S MOTION TO**
v.                              )   **CONTINUE AND DEFENDANT'S**
                                )   **REQUEST TO SEAL**
LETICIA REED,                   )
                                )
        Defendant.              )
                                )
                                )
                                )

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Leticia Reed, IT IS HEREBY ORDERED that Exhibit C to defendant's Motion to Continue and defendant's Request to Seal shall be SEALED until further order of this Court.

Dated:  September 10, 2024         /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE