TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
LETICIA REED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>LETICIA REED,<br><br>  Defendant. | No. 2:19-CR-00022 DJC<br><br>**AMENDED ORDER SEALING EXHIBIT A TO DEFENDANT'S FORMAL OBJECTIONS** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Leticia Reed, IT IS HEREBY ORDERED that exhibit A to defendant's formal objections and this Request to Seal shall be SEALED until further order of this Court.

Dated:  November 12, 2024         /s/ Daniel J. Calabretta
                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                         UNITED STATES DISTRICT JUDGE